IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPH STEPHEN BOTT, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. H-20-0999 |
| § | |
| HARRIS COUNTY JAIL, *ET AL*., § | |
| § | |
| *Defendants*. § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this lawsuit is DISMISSED WITHOUT PREJUDICE.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas on May 7, 2020.

_____
Gray H. Miller
Senior United States District Judge